# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| JOSE DELORES CHAVEZ<br>MAXIMINA CHAVEZ<br>Debtors. | CASE NO. 08-28327 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**        **CHECK AMOUNT**
Mountain West Anesthesia                    $67.88
1954 East Ft Union Blvd - Ste. 100
SLC, UT 84121

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$67.88** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January 2010.

_____/s/_____
Steven R. Bailey, Trustee